HENRY G. DAVIS, Respondent, v. VIRGINIA DAVIS, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion to modify notice of inspection.]

■

OGDEN PRINTING COMPANY, INC., Respondent, v. MILLER HARNESS CO., INC., Appellant.— Defendant may submit papers on file with the County Clerk, if relevant, at the time of the argument of the appeal. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

ANNE V. DE SAIRIGNE, Respondent, v. FRANK J. GOULD, Appellant.— ██ If the defendant wishes the reference to proceed, the provision for costs thereof is modified to require defendant to pay only in the first instance, subject to the right of taxation in the event he is ultimately successful. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 280 App. Div. 777.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE JAMES GROOVER, Appellant.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

■

DON AVLON, Appellant, v. HARRY SILVERMAN, Doing Business under the Name of BLUEBIRD TAVERN and/or OLYMPIC CASINO, Respondent.— Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.